UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD FORBES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO,<br><br>　　　　　Respondent. | No. 2:16-cv-01884 MCE GGH<br><br><br>ORDER |

　　　Petitioner has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Petitioner has submitted the affidavit required by § 1915(a) showing that petitioner is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1. Petitioner's request to proceed in forma pauperis (ECF No. 5), is GRANTED.

Dated: August 18, 2016

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE